### 26638. CLACK *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of operating a lottery, known as the number game, for the hazarding of money. The evidence amply authorized the judge, presiding without the intervention of a jury, to render a verdict of guilty; and it was not error to overrule the certiorari.  *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 3, 1938.

*A. J. Hall, William E. Spence,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.